UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
ORFELINDO CORDERO RAMIREZ,    :    06-CV-0475 (ARR) (JO)
                Plaintiff,    :
    -against-                 :    ORDER
PRIDE DEVELOPMENT AND         :
CONSTRUCTION CORP., et al.,   :
                Defendants.   :
--------------------------------------------------------------- X
PRIDE DEVELOPMENT AND         :
CONSTRUCTION CORP., et al.,   :
            Third-Party Plaintiffs, :
    -against-                 :
MUNA CONTRACTING CORPORATION, :
            Third-Party Defendant. :
--------------------------------------------------------------- X



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 19      ★
BROOKLYN OFFICE

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated June 25, 2007 from the Honorable James Orenstein, United States Magistrate Judge, regarding an in limine motion filed by plaintiff Orfelindo Cordero Ramirez on May 23, 2007. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. O5 Civ. 1535 (DAB), 2007 U.S. Dist.

1

LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. On the contrary, the Report and Recommendation is well-reasoned and persuasive. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Consequently, plaintiff's in limine motion is denied to the extent that it seeks to preclude testimony by a witness for third-party defendant Muna Contracting Corporation ("Muna"). As an alternative form of relief, the court will instruct the jury that it may draw an adverse inference against Muna as set forth in Magistrate Judge Orenstein's Report and Recommendation. See R & R at 5.

SO ORDERED.

/S/

Allyne R. Ross
United States District Judge

Dated: July 17, 2007
Brooklyn, New York

SERVICE LIST:

<u>Counsel for Plantiff</u>
Kevin Concagh
225 Broadway
New York, NY 10007


<u>Counsel for Defendants/Third Party-Plaintiffs</u>
Suzanne M. Halbardier
Barry McTiernan & Moore
2 Rector Street
14th Floor
New York, NY 10006

<u>Counsel for Third-Party Defendant</u>
Heidi M. Weiss
Jacobwitz, Garfinkel & Lesman
110 William Street
New York, NY 10038-3901

Michael J. Pearsall
Law Office of Edward Garfinkle
110 William Street
17th Floor
New York, NY 10038

cc: Magistrate Judge James Orenstein